UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**DECOTIIS, FITZPATRICK & COLE, LLP**
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100
Email: jsmith@decotiislaw.com
*Attorneys for Plaintiff Texas Eastern Transmission, LP*

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware<br><br>Plaintiff,<br><br>v.<br><br>0.077 Acres Of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants),<br><br>Defendants. | Civil Action No. _____<br><br>**NOTICE OF CONDEMNATION** |

## NAME AND ADDRESS OF RECORD OWNER:

**COLES JERSEY DEVELOPMENT CO., LLC
Attn: Kevin T. O'Brien, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206, Suite 200
Bridgewater, New Jersey 08807**

**YOU ARE HEREBY NOTIFIED** that a Complaint in Condemnation has been filed by Texas Eastern Transmission, LP, in the Office of the Clerk of the United States District Court for the District of New Jersey, in the United States Courthouse in Newark, New Jersey, for the taking of permanent and temporary easements, across property identified on the Official Tax Map of Jersey City as follows: a 0.077 acre permanent easement as shown on Tract HUD-98.3,

a copy of which is attached hereto as **Exhibit A**.

A copy of the Verified Complaint is served herewith. The authority for this taking is a law of the United States found at 15 U.S.C. § 717 et. seq., commonly known as the Natural Gas Act, which act at § 717(f)(h) authorizes the taking of property to construct, operate, and maintain a natural gas pipeline after having received a Certificate of Public Convenience and Necessity from the Federal Energy Regulatory Commission ("FERC"). The plaintiff/condemnor obtained such a Certificate from FERC on May 21, 2012. Plaintiff has requested immediate possession of the property to be condemned upon a determination by the Court that plaintiff has the power of eminent domain and has properly exercised that power.

If you have any defense to the taking of these properties in which you may have or claim some interest, you are required to serve your answer upon the plaintiff's attorneys, at the address designated in the above caption, within twenty-one (21) days after service of this notice upon you, exclusive of the date of service. Your answer shall:

1. Identify the properties in which you claim to have an interest.

2. State the nature and extent of the interest you claim.

3. State all your objections and defenses-to the taking of the properties.

A FAILURE TO SERVE AN ANSWER SHALL CONSTITUTE CONSENT TO THE TAKING AND TO THE AUTHORITY OF THE COURT TO PROCEED TO HEAR THE ACTION AND TO FIX JUST COMPENSATION, AS WELL AS A WAIVER OF ALL DEFENSES AND OBJECTIONS NOT SO PRESENTED.

If you have no objection or defense to the taking, you may serve upon the plaintiff's attorney a notice of appearance designating the properties in which you claim to be interested, and thereafter you shall receive notice of all proceedings affecting these properties.

At the hearing or trial on the issue of just compensation, whether or not you have answered or served a Notice of Appearance, you may present evidence as to the amount of

compensation to be paid for the properties in which you have any interest, and you may, subject to the proofs that you submit, share in the distribution of the award of compensation.

                                        **DECOTIIS, FITZPATRICK & COLE, LLP**
                                        Attorneys for Plaintiff,
                                        Texas Eastern Transmission, LP

Dated: January 9, 2014                By: s/ Jeffrey D. Smith
                                        Jeffrey D. Smith, Esq (JS-2129)
                                        Glenpointe Centre West
                                        500 Frank W. Burr Blvd.
                                        Teaneck, New Jersey   07666
                                        Tel:  (201) 928-1100
                                        Fax: (201) 928-0588

William T. Walsh
Clerk

_____         _____
Deputy Clerk                                    Date



Page 1 of 2

TEXAS EASTERN TRANSMISSION, LP
AREA OF PERMANENT EASEMENT
TAX MAP 60 BLOCK 6005 LOT 13
CITY OF JERSEY CITY, HUDSON COUNTY
NEW JERSEY

A permanent easement of varying width, in over and across the lands of COLES JERSEY DEVELOPMENT CO., LLC, designated as Tax Map 60 Block 6005 Lot 13 (formerly known as Tax Map 3.03 Block 367 Lot A2) on tax maps for the City of Jersey City, Hudson County, New Jersey, and more particularly described in Deed Book 8922 Page 716 as recorded in the Hudson County Registry. Said permanent easement as it pertains to the locus parcel herein is more particularly bounded as follows:

COMMENCING at a point of intersection of the apparent easterly right-of-way line of Monmouth Street being also the westerly boundary of land now or formerly of New Jersey Transit designated as Tax Map 60 Block 6005 Lot 3 with the City of Jersey City, with the baseline of a 30" gas pipeline as constructed, thence;

| | |
|---|---|
| S 06°03'36" W | by and along said land of New Jersey Transit and the apparent easterly sideline of Monmouth Street a distance of fifty-three and ninety-six hundredths feet (53.96') more or less, to said land of the Grantor being COLES JERSEY DEVELOPMENT CO., LLC and the POINT OF BEGINNING (said point having UTM Zone 18 North NAD83 US Survey Feet Coordinates of North 14,795,655.10 and East 1,904,341.00), thence; |
| Northeasterly | by and along land of the Grantor and said land of New Jersey Transit, on a curve to the right with a radius of six hundred sixty-four feet (664.00') an arc length of one hundred forty-three and seventy-three hundredths feet (143.73'), and a chord of which bears N33°26'32"E a length of one hundred forty-three and forty-five hundredths feet (143.45') more or less to a point, thence; |
| S 39°27'43" E | by and along land of the Grantor, said land of New Jersey Transit, and other land now or formerly of New Jersey Transit designated as Tax Map 60 Block 6005 Lot 7 with the City of Jersey City, a distance of twenty-one and eighty-eight hundredths feet (21.88') more or less to a point, thence; |
| Northeasterly | by and along land of the Grantor and said land of New Jersey Transit, on a curve to the right with a radius of six hundred thirty-five and eighty-five hundredths feet (635.85') an arc length of sixty-nine and thirty-five hundredths feet (69.35'), and a chord of which bears N40°14'05"E a length of sixty-nine and thirty-two hundredths feet (69.32'), more or less to a point (said point having UTM Zone 18 North NAD83 US Survey Feet Coordinates of North 14,795,810.82 and East 1,904,478.73), thence; |
| S 87°58'51" E | passing through land of the Grantor a distance of four and thirty-five hundredths feet (4.35') more or less to a point on the westerly extent of an existing easement of TEXAS EASTERN TRANSMISSION, LP per an Order of Taking in Civil Action No. 12-3412, thence; |
| S 43°15'29" W | continuing through land of the Grantor, by and along said existing permanent easement of TEXAS EASTERN TRANSMISSION, LP a distance of nine and twenty-three hundredths feet (9.23') more or less to a point, thence; |

| | |
|---|---|
| S 39°55'56" W | continuing through land of the Grantor, by and along said existing permanent easement of TEXAS EASTERN TRANSMISSION, LP a distance of thirty-seven and thirty-seven hundredths feet (37.37') more or less to a point, thence; |
| S 36°26'10" W | continuing through land of the Grantor, by and along said existing permanent easement of TEXAS EASTERN TRANSMISSION, LP a distance of thirty-nine and thirty-eight hundredths feet (39.38') more or less to a point, thence; |
| S 40°09'31" W | passing through land of the Grantor a distance of one hundred forty and eleven hundredths feet (140.11') more or less to a point, thence; |
| N 06°03'36" E | by and along land of the Grantor and the apparent easterly sideline of Monmouth Street a distance of eighteen and sixty-seven hundredths feet (18.67') more or less, to the POINT OF BEGINNING. |

The above described permanent easement contains 3,350 square feet or 0.077 acres more or less, and describes only the area of additional permanent, as shown on EXHIBIT A prepared by SGC Engineering, LLC entitled: "PERMANENT EASEMENT EXHIBIT, TRACT NO. HUD-98.3, OWNER: COLES JERSEY DEVELOPMENT CO., LLC, HUDSON COUNTY, NJ", dated: January 8th 2014, unrecorded but made a part of this easement deed.

Also conveying any rights, title, and interest the Grantor may have within the bounds of Monmouth Street to extend the above described easement across and along said roads.

The intent of this deed is to describe and convey a contiguous permanent easement of varying width, in as much the Grantor has rights from the easterly sideline of Monmouth Street and said lands now or formerly of NEW JERSEY TRANSIT, to an existing permanent easement of TEXAS EASTERN TRANSMISSION, LP. Easement limits propagate by, along, and through the land of the Grantor, to the extent as shown on EXHIBIT A or as a subsequent boundary survey may determine.

Bearings and distances are based on UTM Zone 18 North, NAD 83, US Survey Feet. Distances shown are grid distances; apply appropriate scale factor to convert to ground distances.