UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**DECOTIIS, FITZPATRICK & COLE, LLP**
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100
Email: jsmith@decotiislaw.com
*Attorneys for Plaintiff Texas Eastern Transmission, LP*

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware<br><br>Plaintiff,<br>v.<br><br>0.077 Acres Of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants),<br><br>Defendants. | Civil Action No. _____<br><br><br>**ORDER TO SHOW CAUSE** |

This matter having been opened to the Court by DeCotiis, FitzPatrick & Cole, LLP, attorneys for the plaintiff, Texas Eastern Transmission, LP ("Texas Eastern"), on plaintiff's application for entry of an Order to Show Cause, and the Court having read and considered the Verified Complaint, the Brief and the supporting certifications, and for good cause appearing,

IT IS ON THIS _____ DAY OF _____, 2014,

**ORDERED** that the defendants show cause before the United States District Court, District of New Jersey, the Honorable _____, on the \_\_\_\_\_ day of

_____at _____o'clock at the United States District Courthouse in Newark, New Jersey, why an Order should not be entered:

    (a) determining that Texas Eastern is duly vested with and has duly exercised its authority to acquire the property rights being condemned;

    (b) ordering that Texas Eastern either secure a bond in the amount of the estimated compensation or deposit the amount of the estimated compensation into the Court's registry pursuant to L. Civ. R. 67.1(a); and

    (c) determining that Texas Eastern, upon either securing a bond in the amount of the estimated compensation, or upon payment of the estimated compensation into Court, is entitled, under the equitable powers of the Court, to an order for immediate possession of the property rights being condemned.

And it is **FURTHER ORDERED** that, notwithstanding any requirement in the Notice of Condemnation that you serve any responsive papers within twenty-one (21) days after service of that Notice upon you, any interested party who desires to be heard in this action should, not later than _____, 2014, file with the Court and serve upon the plaintiff's attorneys, at their address in the above caption, such party's answer, answering affidavit or motion returnable on the above scheduled date to show cause; and that, in default thereof, this action may proceed *ex parte* with respect to all interested parties so defaulting.

And it is **FURTHER ORDERED** that a copy of this Order, certified by the plaintiff's attorneys to be a true copy, together with copies of the Notice of Condemnation, Verified Complaint, the plaintiff's brief and supporting pleadings, be served not later than _____, 2014 upon the above-named defendants in the manner set forth in Fed. R. Civ. P. 4; such service to be evidenced before the return day of this Order by the filing of proof of service.

_____
, U.S.D.J.