

**DECOTIIS**
DeCotiis, FitzPatrick & Cole, LLP

OFFICE
GLENPOINTE CENTRE WEST
500 FRANK W. BURR BLVD. SUITE 31
TEANECK, NEW JERSEY 07666
T: 201.928.1100   F: 201.928.0588
WWW.DECOTIISLAW.COM

DIRECT
MICHAEL J. ASH, ESQ.
MASH@DECOTIISLAW.COM
201.347.2118

March 3, 2014

**VIA UPS OVERNIGHT DELIVERY**
Hon. Stanley R. Chesler
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse
Room 417
P.O. Box 999
Newark, NJ 07101-0999

    RE:    Texas Eastern Transmission, LP v. 0.077 Acres of Land,
             Coles Jersey Development Co., LLC, et al.
             **Civil Action No. 14-167-SRC-CLW**

Dear Judge Chesler:

    As you are aware, we are counsel for Texas Eastern Transmission, LP ("Texas Eastern") in the above referenced condemnation action. Enclosed please find a full size copy of Alignment Sheet LD-A-1077, attached as Exhibit C to the Supplemental Certification of Franklin S. Gessner. This document is provided for your review in advance of the return date on Order to Show Cause of March 6, 2014.

    Thank you for your courtesies in this matter.

                            Very truly yours,

                            DeCOTIIS, FITZPATRICK & COLE, LLP

                            By: _____
                                 Michael J. Ash

cc:    Service List (via ECF w/o encl.)

