UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TEXAS EASTERN TRANSMISSION, LP, | : | |
| Plaintiff, | : | Civil Action No. 14-167 (SRC) |
| v. | : | |
| 0.077 ACRES OF LAND et al., | : | **ORDER** |
| Defendants. | : | |

**CHESLER, U.S.D.J.**

This matter comes before the Court on the application by Plaintiff Texas Eastern Transmission, LP for an order of taking, pursuant to this Court's Order to show cause filed January 16, 2014. A hearing pursuant to the Order to show cause was held on March 6, 2014, and the Court heard argument on the application.

For the reasons stated on the record at the hearing held on March 6, 2014,

**IT IS ORDERED** that Plaintiff's application for an order of taking is hereby **DENIED** without prejudice.

   s/ Stanley R. Chesler   
Stanley R. Chesler, U.S.D.J.

Dated: April 8, 2014