UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100
Email: mash@decotiislaw.com
*Attorneys for Plaintiff Texas Eastern Transmission, LP*

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware<br>Plaintiff,<br>v.<br><br>0.077 Acres Of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants),<br><br>Defendants. | Civil Action No. 14-167-SRC-CLW<br><br>**CERTIFICATION OF MICHAEL J. ASH, ESQ., CRE** |

I, Michael J. Ash, Esq., CRE, depose and state as follows:

1. I am an attorney at law of the State of New Jersey, Counselor of Real Estate, and partner of the law firm DeCotiis, FitzPatrick, Cole & Giblin, LLP, counsel for Plaintiff, Texas Eastern Transmission, LP in the condemnation of permanent and temporary easements on Block 6005, Lots 7 and 13 in Jersey City. As such I have personal knowledge of the facts herein.

2. Attached hereto as **Exhibit A** is a true and accurate copy of a Purchase and Sale Agreement between Ogden Realty Co. and The Hoboken Brownstone Company, dated April 12, 2013.

3. Attached hereto as **Exhibit B** is a true and accurate copy of an April 19, 2013 letter confirming assignment of the Purchase and Sale Agreement dated April 12, 2013 between Ogden Realty Co. and the Hoboken Brownstone Company to CH Acquisitions 2, LLC.

4. Attached hereto as **Exhibit C** is a true and accurate copy of a June 5, 2013 letter from Franklin S. Gessner to Daniel Gans.

5. Attached hereto as **Exhibit D** is a true and accurate copy of a chart with settlement analysis for the condemnation of permanent and temporary easements on Block 6005, Lot 13 in Jersey City.

6. Attached hereto as **Exhibit E** is a true and accurate copy of a memorandum to Bruce Menin from George Vallone and Daniel Gans dated June 29, 2013.

7. Attached hereto as **Exhibit F** is a true and accurate copy of the transcript of the deposition of Daniel Gans (Volume 1) dated February 12, 2015.

8. Attached hereto as **Exhibit G** is a true and accurate copy of the transcript of the deposition of Daniel Gans (Volume 2) dated June 23, 2015.

9. Attached hereto as **Exhibit H** is a true and accurate copy of a Closing Report and the documents identified in the Index of Documents delivered in connection with the acquisition on July 3, 2013 by Coles Jersey Development Co. LLC of Block 6005, Lot 13 and portion of Lot 7 from Ogden Realty Co.

10. Attached hereto as **Exhibit I** is a true and accurate copy of an email message from Daniel Gans to Paul Hennesy dated July 2, 2013 authorizing the preparation of a release of the condemnation settlement proceeds with Texas Eastern Transmission, LP.

11. Attached hereto as **Exhibit J** is a true and accurate copy of portions of a survey of Block 6003, Lots 2, 3 & 4, Block 6004, lots 1 & 2, Block 6005, Lot 13 & part of Lot 7 prepared

by Dresdner Robin, dated October 17, 2013.

12. Attached hereto as Exhibit K is a true and accurate copy of the transcript of the deposition of Raymond Loffredo dated July 27, 2017.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael J. Ash, Esq., CRE

Dated: 8/17/18