# Exhibit B

April 19, 2013

BY ELECTRONIC MAIL

Ogden Realty Co.
c/o National Retail Systems, Inc.
611 Route 46 W
Hasbrouck Heights, New Jersey 07604
Attention: Paul K. Hennessy
paul.hennessy@nrsonline.com

> Re: The Purchase and Sale Agreement dated April 12, 2013 (the "Purchase and Sale Agreement") between Ogden Realty Co. (the "Seller") and The Hoboken Brownstone Company, a registered trademark of West Bank Realty, Inc. (the "Original Buyer")

Ladies and Gentlemen:

Pursuant to Section 11.3 of the Purchase and Sale Agreement, the Original Buyer hereby requests the consent of the Seller to the assignment by the Original Buyer of the Purchase and Sale Agreement (and all the Original Buyer's rights thereunder) to CH Acquisitions 2, LLC, a Delaware limited liability company, and/or an affiliate of CH Acquisitions 2, LLC ("Assignee").

Assignee is an affiliate of Crescent Heights, which is a national organization. At or before the closing of title, Assignee will enter into a development agreement with an entity to be owned by George Vallone and Daniel Gans (the "V/G Enity"), by which the V/G Entity will be engaged by Assignee to play a substantial role in assisting Assignee with the development of the project on the Property (as such capitalized term is defined in the Purchase and Sale Agreement). Your consent to assignment will cover the assignment of the Purchase and Sale Agreement to CH Acquisitions 2, LLC, and also a subsequent assignment by CH Acquisitions 2, LLC to an affiliate of CH Acquisitions 2, LLC, which will be the entity that actually takes title at closing to the real estate.

It is understood by the Original Buyer that your consent to the assignment does not relieve the Original Buyer of any of its obligations under the Purchase and Sale Agreement.

We will forward to you, when it is executed, a copy of the Assignment and Assumption Agreement between the Original Buyer and Assignee, which will set forth Assignee's written undertaking to assume the obligations of the Original Buyer under the Purchase and Sale Agreement, as well as the address of Assignee for notices under the Purchase and Sale Agreement.

Will you kindly consent to the assignment by signing this letter in the place provided below and returning to us by email a pdf copy of this letter? It is agreed that a pdf copy of this letter shall operate as an original.

DCP EXHIBIT
DG-17
RRLPN 6/23/15

April 19, 2013
Page 2

    Thank you for your cooperation.

Very truly yours,

THE HOBOKEN BROWNSTONE
COMPANY, a registered trademark of
WEST BANK REALTY, INC.

By: _____
Name: GEORGE VALLONE
Title: PRESIDENT

Consented to:

OGDEN REALTY CO.

By: _____
PAUL K HENNESSY / CVO