# Exhibit C



Texas Eastern Transmission, LP

150 Warren Street
Suite 201
Jersey City, NJ 07302
Toll Free: 1-888-568-7269

June 5, 2013

Daniel Gans
Hoboken Brownstone Co.
161 14th Street
Hoboken, NJ 07030

Re:   Texas Eastern Transmission, LP  v. 1.73 Acres of Land, Ogden Realty Co., Civil Action
      No. 12-3412-SRC-CLW

Dear Mr. Gans:

As discussed in our meeting on June 4, 2013 Spectra Energy is willing to make you and your associates, as future owners, the same offer Spectra Energy has previously made to the current owners of the property at 305 Coles St., Jersey City, NJ (the "Ogden Property"). As you are aware, we are currently involved in litigation concerning the value of the property. As a result, this offer is intended solely as a settlement communication and shall not be admissible in any future proceeding. On May 9, 2013 Spectra increased its offer to Ogden's attorney to three million dollars ($3,000,000.00); in an effort to settle all issues associated with the permanent easement and workspace which were approved by the Federal Energy Regulatory Commission.

On June 29, 2012, Texas Eastern deposited $2,110,100.00 with the Federal Court for the permanent and temporary easements as shown on the attached drawing numbered LD-P-9085 dated 4/09/2012. Since that date, Texas Eastern completed a more detailed survey of the property which resulted in the Ogden Property being larger than originally identified. Please see the attached drawing numbered LPlat_HUD-98.3 dated 3/18/13. Our offer of $3,000,000.00 was based on using the 3/18/13 drawing and the breakdown of our offer is as follows: $838,468.00 for the permanent easement and $1,496,692.00 for the temporary workspace, which was calculated at $83,149.55 per month for 18 months, and is contingent on the future owners granting the additional easement depicted on drawing LPlat_HUD-98.3. This offer also included an additional sum of $664,840.00 to address any differences there may be in valuing the before and after value of the property caused by the location of the permanent and temporary easements.

As we explained at our meeting, the timing of your acceptance of Spectra's offer is critical to our ability to complete construction based on the current alignment. As you are aware, Spectra does not need the additional easement on the southwesterly portion of the Ogden Property, but we would prefer to have it. If we do not hear from you by June 15, 2013, we can and will construct the pipeline on New Jersey Transit's property for which Spectra has already acquired the necessary easement. If Spectra is forced to align the pipeline on the adjacent New Jersey Transit property, then this offer will be withdrawn.

Sincerely,

Franklin S. Gessner
Right-of-Way Project Manager

Enclosures



PLAINTIFF'S
EXHIBIT
DG-2
SG 2-12-12
PENGAD 800-631-6989

===
TEMPORARY:
TWS        7,914
ATWS       55,742
           ======
           63,656 SF        $83,149.55 Per Mo


$   838,468.00   Permanent
$ 1,496,692.00   TWS
==============
$ 2,335,160.00
$   664,840.00   Settlement Offer
==============
$3,000,000.00



## HUDSON COUNTY, NEW JERSEY
### CITY OF JERSEY CITY
### TRACTS HUD-98.3

N/F
NEW JERSEY TRANSIT
(HUD-98.2)
TAX MAP 2.04, BLOCK 332, LOT 2
[TAX MAP 60, BLOCK 6005, LOT 7]

N/F
COLE STREET CORPORATION
(HUD-98.4)
TAX MAP 3.03, BLOCK 367.5, LOT A1
[TAX MAP 60, BLOCK 6005, LOT 12]

N/F
CITY OF JERSEY CITY
(HUD-101H)
18TH STREET

STA. 945+78

NEW PERMANENT
EASEMENT

TEMPORARY
WORKSPACE

N/F
NEW JERSEY TRANSIT
(HUD-98.1)
TAX MAP 3.03, BLOCK 367.5, LOT F.59
[TAX MAP 60, BLOCK 6005, LOT A]

STA. 942+77

STA. 942+35

CENTERLINE OF
PROPOSED 30" PIPELINE

N/F
OGDEN REALTY CORP.
(HUD-98.3)
TAX MAP 3.03, BLOCK 367, LOT A2
[TAX MAP 60, BLOCK 6005, LOT 13]

ADDITIONAL TEMPORARY
WORKSPACE

N/F
CITY OF JERSEY CITY
(HUD-97H)
17TH STREET

POINT OF
BEGINNING

N/F
CITY OF JERSEY CITY
(HJD-99H)
MONMOUTH STREET

STA. 941+03

### AREA OF NEW PERMANENT EASEMENT

| PNT# | BEARING | DIST. |
|---|---|---|
| 1-2 | N06°03'35"E | 18.67' |
| 2-3 | CURVE | |
| | RADIUS: 664.00' | |
| | LENGTH: 143.73' | |
| | DELTA ANGLE: 12°24'09" | |
| | CHORD BEARING: N33°26'32"E | |
| | CHORD LENGTH: 143.45' | |
| 3-4 | S39°27'34"E | 21.88' |
| 4-5 | CURVE | |
| | RADIUS: 635.85' | |
| | LENGTH: 69.35' | |
| | DELTA ANGLE: 06°14'57" | |
| | CHORD BEARING: N40°14'05"E | |
| | CHORD LENGTH: 69.32' | |
| 5-6 | S87°58'51"E | 280.49' |
| 6-7 | S05°27'26"W | 50.11' |
| 7-8 | N88°04'13"W | 309.98' |
| 8-1 | S40°09'31"W | 163.51' |

BEARINGS AND DISTANCES
SHOWN HEREON ARE BASED ON
UTM ZONE 18 NORTH (NAD83)

◦   PL - PROPERTY LINE
[UPDATED TAX MAP DESIGNATIONS]

### NOTES:
1. CONSTRUCTION LOCATION DRAWING IS NOT FOR THE
CONVEYANCE OF LAND AND IS NOT BASED ON A BOUNDARY
RETRACEMENT SURVEY.
2. DRAWING IS FOR REFERENCE ONLY. PIPELINE LOCATIONS
AND OTHER DIMENSIONS DEPICTED ON THESE MAPS ARE
APPROXIMATE.

NEW PERMANENT EASEMENT = 18177 SQ. FT = 0.417 AC.

TEMPORARY WORKSPACE = 7914 SQ. FT = 0.182 AC.

ADDITIONAL TEMPORARY WORKSPACE = 55742 SQ. FT = 1.28 AC.

| PREPARED BY | OWNER | OGDEN REALTY CORP. | | TRACT NO. HUD-98.3 | ALIGNMENT SHEET NO. LD-A-1977 |
|---|---|---|---|---|---|
| SGC | LOCATION | HUDSON COUNTY, NJ | | EASEMENT LOCATION DRAWING | |
| SGC ENGINEERING, LLC | TOTAL DISTANCE ACROSS PROPERTY | 433± FT | ENG. | | |
| 4310n/yRoad Kennebunk Maine 04041 Tel 201-342-6503 Fax 301-341-4501 | PROPOSED CONSTRUCTION WORK AREA 1.46 AC. | PROP ROW 0.417 AC. | DRN. BY AJS | CHK. BY CRM | SpectraEnergy |
| | DATE 03/18/13 | SCALE: 1"=60' | | DWG. NO. LFlat_HUD-98.3 | Texas Eastern Transmission, LP 5400 Westheimer Ct. Houston, TX 77056-5310 713 / 627-5400 |

**Spectra)
Energy.**
Texas Eastern Transmission, LP

150 Warren Street
Suite 201
Jersey City, NJ 07302
Toll Free: 1-888-568-7269

June 5, 2013

Daniel Gans
Hoboken Brownstone Co.
161 14ᵗʰ Street
Hoboken, NJ 07030

Re:   Texas Eastern Transmission, LP v. 1.73 Acres of Land, Ogden Realty Co., Civil Action
      No. 12-3412-SRC-CLW

Dear Mr. Gans:

As discussed in our meeting on June 4, 2013 Spectra Energy is willing to make you and your associates, as future owners, the same offer Spectra Energy has previously made to the current owners of the property at 305 Coles St., Jersey City, NJ (the "Ogden Property"). As you are aware, we are currently involved in litigation concerning the value of the property. As a result, this offer is intended solely as a settlement communication and shall not be admissible in any future proceeding. On May 9, 2013 Spectra increased its offer to Ogden's attorney to three million dollars ($3,000,000.00); in an effort to settle all issues associated with the permanent easement and workspace which were approved by the Federal Energy Regulatory Commission.

On June 29, 2012, Texas Eastern deposited $2,110,100.00 with the Federal Court for the permanent and temporary easements as shown on the attached drawing numbered LD-P-9085 dated 4/09/2012. Since that date, Texas Eastern completed a more detailed survey of the property which resulted in the Ogden Property being larger than originally identified. Please see the attached drawing numbered LPlat_HUD-98.3 dated 3/18/13. Our offer of $3,000,000.00 was based on using the 3/18/13 drawing and the breakdown of our offer is as follows: $838,468.00 for the permanent easement and $1,496,692.00 for the temporary workspace, which was calculated at $83,149.55 per month for 18 months, and is contingent on the future owners granting the additional easement depicted on drawing LPlat_HUD-98.3. This offer also included an additional sum of $664,840.00 to address any differences there may be in valuing the before and after value of the property caused by the location of the permanent and temporary easements.

As we explained at our meeting, the timing of your acceptance of Spectra's offer is critical to our ability to complete construction based on the current alignment. As you are aware, Spectra does not need the additional easement on the southwesterly portion of the Ogden Property, but we would prefer to have it. If we do not hear from you by June 15, 2013, we can and will construct the pipeline on New Jersey Transit's property for which Spectra has already acquired the necessary easement. If Spectra is forced to align the pipeline on the adjacent New Jersey Transit property, then this offer will be withdrawn.

Sincerely,

Franklin S. Gessner
Right-of-Way Project Manager

Enclosures

*Invested – June 2013*
**COLES STREET**

| | | |
|---|---|---|
| Taxes | | $500.00 |
| Land | | $10,000.00 |
| Admin | | $69,250.80 |
| Accounting | | $16,235.74 |
| Arch eng | | $28,087.00 |
| Environmental | | $5,650.25 |
| Financing | | $20,000.00 |
| Legal | | $250,446.63 |
| Marketing | | $12,129.95 |

**TOTAL**                **$412,300.37**

| | |
|---|---|
| 2,110,100 | Orig. Total Offer |
| 1,496,692 | TWS |
| 613,408 | Orig. Perm |
| 498,897 | TWS x 6 |
| 1,112,305 | Orig. to "110" |
| | |
| | |
| 3,000,000 | Offer |
| 1,496,692 | TWS |
| 1,503,308 | Easement & Settlement Offer |
| | |
| 1,503,308 | 3MM - TWS |
| 498,897 | TWS x 6 |
| 2,002,205 | |
| | |
| | |
| 2,002,205 | To: "110 |
| 997,795 | Previous Owner |
| 3,000,000 | Total Offer |

889,900

