# Exhibit D

EXHIBIT DG-18 d/22/15 RM / PENGAD 800-631-6989 / DG00388

| Address | Deed Date | Sale Price | # Units | Lot Size | PPU | PPU | P/Acre | P/Acre | Density/Acre |
|---|---|---|---|---|---|---|---|---|---|
| 106-118 York St | 3/29/2007 | $5,195,000 | 60 | 0.4 | $86,583 | $86,583 | $12,987,500 | $12,987,500 | 150 |
| 209-217 Newark St | 7/19/2007 | $6,350,000 | 76 | 0.48 | $83,553 | $83,553 | $13,229,167 | $13,229,167 | 158 |
| 682 Garfield Ave | 10/11/2007 | $2,750,000 | 106 | 1.68 | $25,943 | $25,943 | $1,636,905 | $1,636,905 | 63 |
| 60-66 Erie St | 12/28/2007 | $5,275,000 | 18 | 0.33 | $293,056 | $293,056 | $15,984,848 | $15,984,848 | 55 |
| 256-258 Warren St | 1/10/2008 | $5,900,000 | 51 | 0.17 | $115,686 | $115,686 | $34,705,882 | $34,705,882 | 300 |
| 321-323 Grant Ave | 1/31/2008 | $1,200,000 | 27 | 0.24 | $44,444 | $44,444 | $5,000,000 | $5,000,000 | 113 |
| 68 Saint Pauls Ave | 10/23/2009 | $1,790,000 | 66 | 0.3 | $27,121 | $27,121 | $5,966,667 | $5,966,667 | 220 |
| 837 Jersey Ave | 4/11/2011 | $6,750,000 | 155 | 0.745 | $43,548 | $43,548 | $9,060,403 | $9,060,403 | 208 |
| 246 Johnston Ave | 8/22/2011 | $12,000,000 | 575 | 6 | $20,870 | $20,870 | $2,000,000 | $2,000,000 | 96 |
| Eighteenth St | 9/10/2012 | $7,000,000 | 155 | 1.0904 | $45,161 | $45,161 | $6,419,663 | $6,419,663 | 142 |
| Seventeenth St | 4/12/2013 | $22,000,000 | 997 | 5.216 | $22,066 | $22,066 | $4,217,791 | $4,217,791 | 191 |
| Totals | | $76,210,000 | 2286 | 16.651 | | | | | 1696 |
| Averages | | $6,928,182 | | 1.51 | $33,338 | $33,338 | $4,576,792 | $4,576,792 | 137 |

Permanent Easement Area - Valuation Based On Units Lost

| Permanent #'s | # SF | # Units | Lot Size | PPU |
|---|---|---|---|---|
| | 18,177 | 57 | 0.417 | $1,908,522 |

Temp Work Space (TWS) Rent Payment

| | # SF | | $/SF/MO | Mthly Rent | | Total | # Months Walsh/Ogden | HBC/CH |
|---|---|---|---|---|---|---|---|---|
| Orig. TWS | 7,914 | | | | | | | |
| Add'l TWS | 55,742 | | | | | 18 | 12 | 6 |
| Total SF TWS | 63,656 | | $1.31 | $83,150 | | $1,496,692 | $997,795 | $498,897 |

Our Valuation = $3,405,214

Final Settlement = $3,500,000     $868,408

| Takings | Orig Offer | %'s | Totals | HBC/CH | Ogden | Final Offer | HBC | Ogden |
|---|---|---|---|---|---|---|---|---|
| Corner | | 0% | | $0 | | $255,000 | $255,000 | $0 |
| Perm | $613,408 | 29% | $613,408 | $613,408 | | $613,408 | $613,408 | 0 |
| TWS | $1,496,692 | 71% | $1,496,692 | $498,897 | $997,795 | $1,496,692 | $498,398 | $998,294 |
| Settlement Offer ** | | | | | | $1,134,900 | $567,450 | $567,450 |
| Totals | $2,110,100 | 100% | $2,110,100 | $1,112,305 | $997,795 | $3,500,000 | $1,934,256 | $1,565,744 |

| Legal Fee Calculation | | $1,134,900 | | | | Less Legal Fee | $141,863 | $141,863 |
| Legal Fee | 25% | $283,725 | | | | Payments After Legal Fee | $1,792,394 | $1,423,881 |

**Settlement Offer Distribution

| | Takings | Orig Offer + Corner | $1,134,900 % Orig Offer | Settlement # 2 | HBC | Ogden |
|---|---|---|---|---|---|---|
| Corner | | $225,056 | 10% | $109,379 | $109,379 | |
| Perm | $613,408 | $613,408 | 26% | $298,120 | $298,120 | |
| TWS | $1,496,692 | $1,496,692 | 64% | $727,401 | $242,225 | $485,177 |
| Totals | | $2,335,156 | 100% | $1,134,900 | $649,723 | $485,177 |

Temporary Work Space (TWS) Easement Calculations for Van Leer Place

| Initial Offer | $ 2,110,100 | Area of TWS (SF) | $70,037 |
| Settlement Amount | $ 3,500,000 | | |
| Difference | $ 1,389,900 | | |

| | | # Months | $ / Month |
|---|---|---|---|
| Amount of Rent | $2,125,000 | 17 | $125,000 |

| Rent Per SF | $30 |
|---|---|

Compare Van Leer to Walsh / Ogden TWS

| Area of TWS (SF) | 63,656 |
|---|---|
| Amount of Rent | $1,931,402 |

| Allocation for additiona permanent taking | $ | 255,000 |
|---|---|---|
| Net Difference | $ | 1,134,900 |
| 50% Net Difference | $ | 567,450 |
| Legal Fee on 50% net difference | $ | 141,863 |

| | To Seller | To Buyer |
|---|---|---|
| Original Temporary Taking Compensation | $998,294 | $498,398 |
| 50% Net Difference | $567,450 | $567,450 |
| Original Permanent Taking | | $613,408 |
| Additional Permanent Taking | | $255,000 |

DG00389