# Exhibit I

**Debbie M. Vitale**

**From:** Daniel Gans <dgans@hbrownstone.com>
**Sent:** Tuesday, July 02, 2013 5:33 PM
**To:** Paul Hennessy
**Cc:** ktobrien@nmmlaw.com; Peter H. Wegener; Robert J. Machi; gvallone@msn.com; lleight@morganlawfirm.com
**Subject:** Re: Spectra

Thanks Paul,
Prepare the release.

Regards,
Daniel Gans
Chief Executive Officer
201-792-3814
www.HBrownstone.com

On Jul 2, 2013, at 5:31 PM, Paul Hennessy <Paul.Hennessy@nrsonline.com> wrote:

> Kevin
> I will ask Lenny to prepare the release.
> Paul
> **From:** ktobrien@nmmlaw.com [mailto:ktobrien@nmmlaw.com]
> **Sent:** Tuesday, July 02, 2013 5:28 PM
> **To:** Paul Hennessy
> **Cc:** pwegener@bathweg.com; Robert J. Machi; dgans@hbrownstone.com; gvallone@msn.com; lleight@morganlawfirm.com
> **Subject:** RE: RE: Spectra
> Paul,
>
> Hoboken Brownstone Company has (I am virtually certain) no problem giving a release as to the condemnation proceeds, but I am not familiar enough with the Spectra condemnation proceeding (and the settlement as to the award) to prepare the release myself. And I don't think that it is appropriate to include that release by Hoboken Brownstone in the mutual release being signed with Crescent Heights.
>
> I would be satisfied with Peter Wegener (who is recited in the Order you attached as representing HBC in the condemnation proceeding) or Lenny Leicht (to whom I just spoke on the phone) preparing the release for review and execution by Hoboken Brownstone. Lenny indicated that he would proceed to prepare a draft release for our review.
>
> I am copying Dany Gans of Hoboken Brownstone on this email. Dany, if you have anything further to add, please "reply to all".
>
> Kevin

1

Kevin T. O'Brien, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202-206 Suite 200
P. O. Box 5933
Bridgewater, New Jersey 08807

Telephone: 908-252-4223
Fax: 908-722-0755
email: ktobrien@nmmlaw.com

From: Paul Hennessy <Paul.Hennessy@nrsonline.com>
To: "Robert J. Machi" <RMachi@morganlawfirm.com>, "ktobrien@nmmlaw.com" <ktobrien@nmmlaw.com>
Cc: "pwegener@bathweg.com" <pwegener@bathweg.com>
Date: 07/02/2013 05:06 PM
Subject: RE: RE:

Bob and Kevin

I just got off the phone with Peter Wegener, who is the attorney representing us in the Texas Eastern/Spectra Energy condemnation action.

Texas Eastern/Spectra Energy will be looking for a release wherein Hoboken Brownstone is waiving any claim to the condemnation proceeds. As I look at the form of release that was circulated, it doesnt appear to provide for that.

Can we generate a release that provides for that.

Ive copied Peter in the event something more is needed.

Paul

**From:** Robert J. Machi [mailto:RMachi@morganlawfirm.com]
**Sent:** Tuesday, July 02, 2013 4:54 PM
**To:** ktobrien@nmmlaw.com; hud@transcounty.com
**Cc:** Paul Hennessy
**Subject:** Fwd: RE:

I'll need to change paragraph 7 of the affidavit of title as indicated in Paul's below comments.

Please confirm this is acceptable.

Thanks.

Sent from my iPhone

2

Begin forwarded message:
**From:** Paul Hennessy <Paul.Hennessy@nrsonline.com>
**Date:** July 2, 2013 3:00:14 PM EDT
**To:** "Robert J. Machi" <RMachi@morganlawfirm.com>
**Subject: RE:**
Bob

7. Exceptions. The following is a complete list of exceptions to any of the above statements. This includes all liens or mortgages which are not being paid as a result of this transaction.

Texas Eastern Transmission, LP, a limited partnership of the State of Delware, pursuant to an Order of the United States District Court for the District of New Jersey, dated June 28, 2012, in Civil Action Number 12-3412, entitled <u>Texas Eastern Transmission, LP, a limited partnership of the State of Delware v. Ogden Realty Co., et. al</u>, exercised eminent domain powers to condemn a permanent easement and a temporary easement on, over and under Block 6005, Lot 13. A copy of the Order is attached hereto. And also lot 7. That was the additional area it took for $255K.

Further excepting a portion of the operations of American Self Storage MGMT Assoc., LLC (the Company) that encroaches upon 305 Coles Street (Block 6005, Lots 13 and 7), and that, upon 30 days notice, the Company will vacate the area of encroachment. The agreement that was signed says 30 days, but in an email to the principal I said that if the then real estate transaction didnt close we could amend the agreement to 60 days which is the amount of time the Company thinks it really needs to move. Since that transaction didnt close, it may be 60 days, not 30. I had provided Kevin with a copy of that email

To the best of Sellers knowledge and belief, there has not been, nor notice of, any condemnation proceeding regarding Lot 7, Block 6005 from either Consolidated Rail Corporation or New Jersey Transit. To our knowledge no. Remember, in 2005 NJ DOT filed a condemnation complaint for that area. In 2007 it abandoned that application. I previously sent the 2007 order that said NJDOT withdrew the complaint and took back the condemnation deposit.

promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 973-994-2500 or by replying to this e-mail and deleting the message and any attachment(s) from your system.'

Click here to report this email as spam.

'Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 973-994-2500 or by replying to this e-mail and deleting the message and any attachment(s) from your system.' [attachment "consent order.pdf" deleted by Kevin T O'BRIEN/NMM]

Pursuant to Treasury Regulations, any U.S. Federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thank You. http://www.nmmlaw.com