# Exhibit J





## NOTES:

1. THIS SURVEY WAS PREPARED BASED UPON INFORMATION APPEARING IN A REPORT OF TITLE ISSUED BY TRANS COUNTY TITLE AGENCY, COMMITMENT No. TC-72266-1, EFFECTIVE DATE: JULY 3, 2013 AND OTHER INFORMATION.
2. SUBJECT TO ALL EASEMENTS, RIGHTS OF WAY AND AGREEMENTS OF RECORD.
3. PROPERTY CORNER MARKERS WILL BE SET AS PER CONTRACTUAL AGREEMENT.
4. DEEDS OF RECORD:
   DEED BOOK 8934, PAGE 973
   DEED RECORDED ON SEPTEMBER 27, 2013
   GRANTOR: OGDEN REALTY CO.
   GRANTEE: COLES JERSEY DEVELOPMENT CO., LLC
5. BLOCK 6005, LOT 13 IS SUBJECT TO RESTRICTIONS AS RECORDED IN DEED BOOK 2964, PAGE 46 WHICH ARE NOT PLOTTABLE.
6. BLOCK 6005, LOT 13 IS SUBJECT TO PARCEL E115A WHICH IS A 10 FOOT WIDE TEMPORARY CONSTRUCTION EASEMENT GRANTED TO THE STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION RECORDED IN DEED BOOK 5831, PAGE 001 WHICH IS SHOWN ON THIS SURVEY. DEED BOOK 5831, PAGE 001 DOES CONTAIN A TERMINATION DATE OR LENGTH OF TIME FOR PARCEL E115A.
7. BLOCK 6004, LOT 1 IS SUBJECT TO A RIPARIAN CLAIM FOR TIDELANDS BY THE STATE OF NEW JERSEY. (EXCEPTION No. 10)
8. THE SUBJECT PREMISES BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOTS 7 & 13 LIE ENTIRELY WITHIN A SPECIAL FLOOD HAZARD AREA SUBJECT TO INUNDATION BY A 1% ANNUAL CHANCE FLOOD, DESIGNATED AS ZONE AE (EL.9), A PORTION OF BLOCK 6005, LOT 13 LIES WITHIN A DESIGNATED ZONE AE (EL. 9) WITH THE REMAINDER OF THE LOT BEING LOCATED IN A ZONE X AS SHOWN ON A MAP ENTITLED, "FIRM, FLOOD INSURANCE RATE MAP, HUDSON COUNTY, NEW JERSEY (ALL JURISDICTIONS), PANEL 106 OF 118, COMMUNITY: JERSEY CITY, CITY OF, NUMBER:340223, PANEL: 0106, SUFFIX: D, MAP NUMBER 34017C0106D, EFFECTIVE DATE: AUGUST 16,2006. ELEVATIONS ARE REFERENCED TO THE NORTH AMERICAN VERTICAL DATUM OF 1988 (NAVD-88). FEMA IS IN THE PROCESS OF REVISING THE FLOOD INSURANCE RATE MAPS FOR HUDSON COUNTY, NEW JERSEY, FLOOD ELEVATIONS MAY CHANGE IN THE FUTURE.
9. ENCROACHMENTS SHOWN ON SURVEY:
   BLOCK 6005, LOT 13 - CHAIN LINK LOCATED IN THE FORMER SOUTHERLY HALF OF VACATED 18TH STREETUTILIZED BY BLOCK 6005, LOT 12 ENCROACH ONTO THE SUBJECT PREMISES, AS PER FIELD LOCATION DONE OCTOBER 9, 2013.
10. THE SUBJECT PREMISES, BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, PART OF LOT 7 AND LOT 13 LIE WITHIN THE JERSEY AVENUE PARK REDEVELOPMENT AREA ZONE.
11. PART OF LOT 7 AND LOT 13 IN BLOCK 6005 IS SUBJECT TO AN UNRECORDED PERMANENT EASEMENT GRANTED TO TEXAS EASTERN TRANSMISSION, LP WHICH IS SHOWN ON MAP ENTITLED: "PERMANENT EASEMENT LOCATION, HUDSON COUNTY, NEW JERSEY, CITY OF JERSEY CITY, TRACT HUD-98.3", PREPARED BY SGC ENGINEERING, LLC, DATED: SEPTEMBER 30, 2013, ALIGNMENT SHEET No. LD-A-1077, DWG. NO. HUD-98.3.
12. THE SURVEYOR HAS NO KNOWLEDGE OF AN EXISTING EASEMENT FOR THE 36" PIPE LOCATED WITH THE FORMER BED OF 18TH STREET.



PLAINTIFF'S EXHIBIT
D6-14-C
S62-12-15



NJSPCS NAD 1983 (2007)

## LEGEND:

| Symbol | | Description |
|---|---|---|
| ☼ | L/P | LIGHT POLE |
| —o— | | SIGN |
| ○ | | BOLLARD |
| ⌀ | U/P | UTILITY POLE |
| o | WV | WATER VALVE |
| o | GV | GAS VALVE |
| ⊙ | HYD | FIRE HYDRANT |
| ○ | MH | MANHOLE |
| ○ | P.S.–MH | PUBLIC SERVICE MANHOLE |
| | FDC | FIRE DEPARTMENT CONNECTION |
| | D/C | DROP CURB |
| | | MONITORING WELL |
| —OHW— | | OVERHEAD WIRE |
| — —5— — / — — —4— — — | | CONTOUR LINES |