# Buchanan Ingersoll ⚭ Rooney PC

550 BROAD STREET, SUITE 810
NEWARK, NEW JERSEY 07102-4582
TELEPHONE: 973 273 9800

**Christopher J. Dalton**
973 424 5614

FACSIMILE: 973 273 9430
E-MAIL: christopher.dalton@bipc.com

October 30, 2018

**Via ECF**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
For The District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   Texas Eastern Transmission, LP v. 0.077 Acres of Land, et al.
      Case No. 2:14-cv-00167-SRW-CLW

Dear Judge Waldor:

This firm represents Defendant Coles Jersey Development Co., LLC in this matter. Currently pending before the Court is Plaintiff's Motion for Summary Judgment (DE 45). The parties have conferred and agreed upon a briefing schedule as described in the enclosed Stipulation and Proposed Order. If the schedule meets with the Court's approval, was ask that the Order be entered.

Respectfully,

*/s/ Christopher J. Dalton*

Christopher J. Dalton
FOR BUCHANAN INGERSOLL & ROONEY
A PROFESSIONAL CORPORATION

Enclosure

cc:   All Counsel via ECF (w/encl.)