UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware<br><br>Plaintiff,<br><br>v.<br><br>0.077 Acres of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants),<br><br>Defendants. | Civil Action No. 14-167-SRC-CLW<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 45)** |

Plaintiff, Texas Eastern Transmission, LP and Defendant, Coles Jersey Development Co., LLC, by and through their undersigned counsel, stipulate as follows:

1. Defendant's time to respond to Plaintiff's Motion for Summary Judgment is extended through and until November 19, 2018; and

2. Plaintiff's time to reply in further support of its Motion for Summary Judgment is extended through and until December 3, 2018.

3. The return date of the Motion for Summary Judgment is adjourned to December 17, 2018.

| | |
|---|---|
| /s/ Michael J. Ash<br>Michael J. Ash, Esquire<br>DeCotiis, FitzPatrick & Cole, LLP<br>Glenpointe Centre West<br>500 Frank W. Burr Blvd.<br>Teaneck, New Jersey 07666<br>***Attorneys for Plaintiff***<br><br>Dated:  October 30, 2018 | /s/ Christopher J. Dalton<br>Christopher J. Dalton, Esq.<br>Buchanan Ingersoll & Rooney PC<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>Telephone: (973) 273-9800<br>***Attorneys for Defendant***<br><br>Dated:  October 30, 2018 |

2

IT IS SO ORDERED this \_\_\_ day of _____, 2018.

_____
Hon. Cathy L. Waldor