UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100
Email: mash@decotiislaw.com
*Attorneys for Plaintiff Texas Eastern Transmission, LP*

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware<br>Plaintiff,<br>v.<br><br>0.077 Acres Of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants),<br><br>Defendants. | Civil Action No. 14-167-SRC-CLW<br><br>**SUPPLEMENTAL CERTIFICATION OF MICHAEL J. ASH, ESQ., CRE** |

I, Michael J. Ash, Esq., CRE, depose and state as follows:

1. I am an attorney at law of the State of New Jersey, Counselor of Real Estate, and partner of the law firm DeCotiis, FitzPatrick, Cole & Giblin, LLP, counsel for Plaintiff, Texas Eastern Transmission, LP in the condemnation of permanent and temporary easements on Block 6005, Lots 7 and 13 in Jersey City. As such I have personal knowledge of the facts herein.

2. Attached hereto as **Exhibit A** is a true and accurate copy of portions of a survey of Block 6003, Lots 2, 3 & 4, Block 6004, lots 1 & 2, Block 6005, Lot 13 prepared by Dresdner Robin, dated June 21, 2013.

3. Attached hereto as **Exhibit B** is a true and accurate copy of portions of a survey of Block 6003, Lots 2, 3 & 4, Block 6004, lots 1 & 2, Block 6005, Lot 13 prepared by Dresdner Robin, dated October 9, 2013.

4. Attached hereto as **Exhibit C** is a true and accurate copy of portions of a survey of Block 6003, Lots 2, 3 & 4, Block 6004, lots 1 & 2, Block 6005, Lot 13 & part of Lot 7 prepared by Dresdner Robin, dated October 17, 2013.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael J. Ash, Esq., CRE

Dated: 12/6/18

# Exhibit A

# Exhibit B





**NOTES:**

1. THIS SURVEY WAS PREPARED BASED UPON INFORMATION APPEARING IN A REPORT OF TITLE ISSUED BY OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, FILE No. HUD-12226-13, COMMITMENT DATE: MAY 22, 2013 AND OTHER INFORMATION.
2. SUBJECT TO ALL EASEMENTS, RIGHTS OF WAY AND AGREEMENTS OF RECORD.
3. A WRITTEN WAIVER AND DIRECTION NOT TO SET CORNER MARKERS HAS BEEN OBTAINED FROM THE ULTIMATE USER PURSUANT TO P.L. 2003, c.14 (N.J.S.A. 45:8-36.3) AND N.J.A.C. 13:40-5.1(d).
4. DEEDS OF RECORD:
   BLOCK 6004, LOT 1 (FORMERLY BLOCK 366, LOT A.01)
   DEED BOOK 3224, PAGE 526 (PARCEL THREE, TRACT 3)
   DEED RECORDED ON MARCH 4, 1977
   GRANTOR: OGDEN REALTY CORP.
   GRANTEE: OGDEN REALTY CO.

   BLOCK 6003, LOTS 2, 3 AND 4 (FORMERLY BLOCK 329, LOTS B.01, 22 ,23 ,24)
   BLOCK 6004, LOT 2 (FORMERLY BLOCK 366, LOT 2)
   BLOCK 6005, LOT 13 (FORMERLY BLOCK 367.5, LOT A.02)
   DEED BOOK 3829, PAGE 180
   DEED RECORDED ON NOVEMBER 9, 1987
   GRANTOR: NEW JERSEY ECONOMIC DEVELOPMENT AGENCY
   GRANTEE: OGDEN REALTY CO.

5. BLOCK 6005, LOT 13 IS SUBJECT TO A TEMPORARY CONSTRUCTION EASEMENT GRANTED TO THE STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION RECORDED IN DEED BOOK 7687, PAGE 001 WHICH IS SHOWN ON THIS SURVEY. (EXCEPTION No. 12)
6. THE SUBJECT PREMISES BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOT 13 ARE SUBJECT TO RESTRICTIONS RECORDED IN DEED BOOK 2717, PAGE 583 WHICH ARE NOT PLOTTABLE. (EXCEPTION No. 10)
7. BLOCK 6005, LOT 13 AND BLOCK 6006, LOT 1 ARE SUBJECT TO RESTRICTIONS AS RECORDED IN DEED BOOK 2964, PAGE 46 WHICH ARE NOT PLOTTABLE. (EXCEPTION No. 11)
8. BLOCK 6005, LOT 13 IS SUBJECT TO PARCEL E115A WHICH IS A 10 FOOT WIDE TEMPORARY CONSTRUCTION EASEMENT GRANTED TO THE STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION RECORDED IN DEED BOOK 5831, PAGE 001 WHICH IS SHOWN ON THIS SURVEY.
9. BLOCK 6004, LOT 1 IS SUBJECT TO A RIPARIAN CLAIM FOR TIDELANDS BY THE STATE OF NEW JERSEY. (EXCEPTION No. 13)
10. THE SUBJECT PREMISES BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOT 13 LIE ENTIRELY WITHIN A SPECIAL FLOOD HAZARD AREA SUBJECT TO INUNDATION BY A 1% ANNUAL CHANCE FLOOD, DESIGNATED AS ZONE AE (EL.9), A PORTION OF BLOCK 6005, LOT 13 LIES WITHIN A DESIGNATED ZONE AE (EL. 9) WITH THE REMAINDER OF THE LOT BEING LOCATED IN A ZONE X AS SHOWN ON A MAP ENTITLED, "FIRM, FLOOD INSURANCE RATE MAP, HUDSON COUNTY, NEW JERSEY (ALL JURIDICTIONS), PANEL 106 OF 118, COMMUNITY: JERSEY CITY, CITY OF, NUMBER:340223, PANEL: 0106, SUFFIX: D, MAP NUMBER 34017C0106D, EFFECTIVE DATE: AUGUST 16,2006. ELEVATIONS ARE REFERENCED TO THE NORTH AMERICAN VERTICAL DATUM OF 1988 (NAVD-88).
11. ENCROACHMENTS SHOWN ON SURVEY:
    BLOCK 6005, LOT 13 - STORAGE PODS AND PAVED PARKING AREA LOCATED IN THE FORMER SOUTHERLY HALF OF VACATED 18TH STREET UTILIZED BY BLOCK 6005, LOT 12 ENCROACH ONTO THE SUBJECT PREMISES, AS PER FIELD LOCATION DONE MARCH 1, 2012. SUBJECT TO FIELD VERIFICATION.
12. THE SUBJECT PREMISES, BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOT 13 LIE WITHIN THE JERSEY AVENUE PARK REDEVELOPMENT AREA ZONE.
13. THE SUBJECT PREMISES, BLOCK 6005, LOT 13 IS SUBJECT TO A SPECTRA ENERGY UNDERGROUND NATURAL GAS TRANSMISSION LINE, MAPPING OF THE LOCATION IS PENDING. THE PROPOSED LOCATION OF SAID GAS LINE IS SHOWN ON DRAWINGS PREPARED BY SGC ENGINEERING, LLC, DRAWING No. LPLAT_HUD-98.3, DATED 03/18/2013 AND DRAWING No. LD-P-9085, DATED 04/09/2012. (EXCEPTION No. 14, UNDER INVESTIGATION)



PLAINTIFF'S EXHIBIT
DG-12-C
SG-19-13





DRESDNER ROBIN
Engineering Environmental Planning Surveying





1. THIS SURVEY WAS PREPARED BASED UPON INFORMATION APPEARING IN A REPORT OF TITLE ISSUED BY TRANS-COUNTY TITLE AGENCY AGENTS FOR FIRST AMERICAN TITLE INSURANCE COMPANY, COMMITMENT No. TC-72266-1, EFFECTIVE DATE: JULY 3, 2013 AND OTHER INFORMATION.
2. SUBJECT TO ALL EASEMENTS, RIGHTS OF WAY AND AGREEMENTS OF RECORD.
3. A WRITTEN WAIVER AND DIRECTION NOT TO SET CORNER MARKERS HAS BEEN OBTAINED FROM THE ULTIMATE USER PURSUANT TO P.L. 2003, c.14 (N.J.S.A. 45:8-36.3) AND N.J.A.C. 13:40-5.1(d).
4. DEEDS OF RECORD:
   BLOCK 6004, LOT 1 (FORMERLY BLOCK 366, LOT A.01)
   DEED BOOK 3224, PAGE 526 (PARCEL THREE, TRACT 3)
   DEED RECORDED ON MARCH 4, 1977
   GRANTOR: OGDEN REALTY CORP.
   GRANTEE: OGDEN REALTY CO.

   BLOCK 6003, LOTS 2, 3 AND 4 (FORMERLY BLOCK 329, LOTS B.01, 22 ,23 ,24)
   BLOCK 6004, LOT 2 (FORMERLY BLOCK 366, LOT 2)
   BLOCK 6005, LOT 13 (FORMERLY BLOCK 367.5, LOT A.02)
   DEED BOOK 3829, PAGE 180
   DEED RECORDED ON NOVEMBER 9, 1987
   GRANTOR: NEW JERSEY ECONOMIC DEVELOPMENT AGENCY
   GRANTEE: OGDEN REALTY CO.

5. BLOCK 6005, LOT 13 IS SUBJECT TO A TEMPORARY CONSTRUCTION EASEMENT GRANTED TO THE STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION RECORDED IN DEED BOOK 7687, PAGE 001 WHICH IS SHOWN ON THIS SURVEY.
6. THE SUBJECT PREMISES BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOT 13 ARE SUBJECT TO RESTRICTIONS RECORDED IN DEED BOOK 2717, PAGE 583 WHICH ARE NOT PLOTTABLE.
7. BLOCK 6005, LOT 13 AND BLOCK 6006, LOT 1 ARE SUBJECT TO RESTRICTIONS AS RECORDED IN DEED BOOK 2964, PAGE 46 WHICH ARE NOT PLOTTABLE.
8. BLOCK 6005, LOT 13 IS SUBJECT TO PARCEL E115A WHICH IS A 10 FOOT WIDE TEMPORARY CONSTRUCTION EASEMENT GRANTED TO THE STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION RECORDED IN DEED BOOK 5831, PAGE 001 WHICH IS SHOWN ON THIS SURVEY.
9. BLOCK 6004, LOT 1 IS SUBJECT TO A RIPARIAN CLAIM FOR TIDELANDS BY THE STATE OF NEW JERSEY.
10. THE SUBJECT PREMISES BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOT 13 LIE ENTIRELY WITHIN A SPECIAL FLOOD HAZARD AREA SUBJECT TO INUNDATION BY A 1% ANNUAL CHANCE FLOOD, DESIGNATED AS ZONE AE (EL.9), A PORTION OF BLOCK 6005, LOT 13 LIES WITHIN A DESIGNATED ZONE AE (EL. 9) WITH THE REMAINDER OF THE LOT BEING LOCATED IN A ZONE X AS SHOWN ON A MAP ENTITLED, "FIRM, FLOOD INSURANCE RATE MAP, HUDSON COUNTY, NEW JERSEY (ALL JURISDICTIONS), PANEL 106 OF 118, COMMUNITY: JERSEY CITY, CITY OF, NUMBER:340223, PANEL: 0106, SUFFIX: D, MAP NUMBER 34017C0106D, EFFECTIVE DATE: AUGUST 16,2006. ELEVATIONS ARE REFERENCED TO THE NORTH AMERICAN VERTICAL DATUM OF 1988 (NAVD-88).
11. ENCROACHMENTS SHOWN ON SURVEY:
    BLOCK 6005, LOT 13 - STORAGE PODS AND PAVED PARKING AREA LOCATED IN THE FORMER SOUTHERLY HALF OF VACATED 18TH STREET UTILIZED BY BLOCK 6005, LOT 12 ENCROACH ONTO THE SUBJECT PREMISES, AS PER FIELD LOCATION DONE MARCH 1, 2012. SUBJECT TO FIELD VERIFICATION.
12. THE SUBJECT PREMISES, BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOT 13 LIE WITHIN THE JERSEY AVENUE PARK REDEVELOPMENT AREA ZONE.
13. THE SUBJECT PREMISES, BLOCK 6005, LOT 13 IS SUBJECT TO A SPECTRA ENERGY UNDERGROUND NATURAL GAS TRANSMISSION LINE, MAPPING OF THE LOCATION IS PENDING. THE PROPOSED LOCATION OF SAID GAS LINE IS SHOWN ON DRAWINGS PREPARED BY SGC ENGINEERING, LLC, DRAWING No. LPLAT_HUD-98.3, DATED 03/18/2013 AND DRAWING No. LD-P-9085, DATED 04/09/2012.
14. ELEVATIONS ON THIS SURVEY ARE REFERENCED TO THE NORTH AMERICAN VERTICAL DATUM OF 1988 (NAVD-88).



PLAINTIFF'S EXHIBIT
DG-13-C
SG2-12-17



NJSPCS NAD 1983 (2007)



Dresdner Robin
Engineering, Environmental, Planning, Surveying

# Exhibit C





## NOTES:

1. THIS SURVEY WAS PREPARED BASED UPON INFORMATION APPEARING IN A REPORT OF TITLE ISSUED BY TRANS COUNTY TITLE AGENCY, COMMITMENT No. TC-72266-1, EFFECTIVE DATE: JULY 3, 2013 AND OTHER INFORMATION.
2. SUBJECT TO ALL EASEMENTS, RIGHTS OF WAY AND AGREEMENTS OF RECORD.
3. PROPERTY CORNER MARKERS WILL BE SET AS PER CONTRACTUAL AGREEMENT.
4. DEEDS OF RECORD:
   DEED BOOK 8934, PAGE 973
   DEED RECORDED ON SEPTEMBER 27, 2013
   GRANTOR: OGDEN REALTY CO.
   GRANTEE: COLES JERSEY DEVELOPMENT CO., LLC
5. BLOCK 6005, LOT 13 IS SUBJECT TO RESTRICTIONS AS RECORDED IN DEED BOOK 2964, PAGE 46 WHICH ARE NOT PLOTTABLE.
6. BLOCK 6005, LOT 13 IS SUBJECT TO PARCEL E115A WHICH IS A 10 FOOT WIDE TEMPORARY CONSTRUCTION EASEMENT GRANTED TO THE STATE OF NEW JERSEY DEPARTMENT OF TRANSPORTATION RECORDED IN DEED BOOK 5831, PAGE 001 WHICH IS SHOWN ON THIS SURVEY. DEED BOOK 5831, PAGE 001 DOES CONTAIN A TERMINATION DATE OR LENGTH OF TIME FOR PARCEL E115A.
7. BLOCK 6004, LOT 1 IS SUBJECT TO A RIPARIAN CLAIM FOR TIDELANDS BY THE STATE OF NEW JERSEY. (EXCEPTION No. 10)
8. THE SUBJECT PREMISES BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, LOTS 7 & 13 LIE ENTIRELY WITHIN A SPECIAL FLOOD HAZARD AREA SUBJECT TO INUNDATION BY A 1% ANNUAL CHANCE FLOOD, DESIGNATED AS ZONE AE (EL.9), A PORTION OF BLOCK 6005, LOT 13 LIES WITHIN A DESIGNATED ZONE AE (EL. 9) WITH THE REMAINDER OF THE LOT BEING LOCATED IN A ZONE X AS SHOWN ON A MAP ENTITLED, "FIRM, FLOOD INSURANCE RATE MAP, HUDSON COUNTY, NEW JERSEY (ALL JURISDICTIONS), PANEL 106 OF 118, COMMUNITY: JERSEY CITY, CITY OF, NUMBER:340223, PANEL: 0106, SUFFIX: D, MAP NUMBER 34017C0106D, EFFECTIVE DATE: AUGUST 16,2006. ELEVATIONS ARE REFERENCED TO THE NORTH AMERICAN VERTICAL DATUM OF 1988 (NAVD-88). FEMA IS IN THE PROCESS OF REVISING THE FLOOD INSURANCE RATE MAPS FOR HUDSON COUNTY, NEW JERSEY, FLOOD ELEVATIONS MAY CHANGE IN THE FUTURE.
9. ENCROACHMENTS SHOWN ON SURVEY:
   BLOCK 6005, LOT 13 - CHAIN LINK LOCATED IN THE FORMER SOUTHERLY HALF OF VACATED 18TH STREET UTILIZED BY BLOCK 6005, LOT 12 ENCROACH ONTO THE SUBJECT PREMISES, AS PER FIELD LOCATION DONE OCTOBER 9, 2013.
10. THE SUBJECT PREMISES, BLOCK 6003, LOTS 2, 3 AND 4; BLOCK 6004, LOTS 1 AND 2 AND BLOCK 6005, PART OF LOT 7 AND LOT 13 LIE WITHIN THE JERSEY AVENUE PARK REDEVELOPMENT AREA ZONE.
11. PART OF LOT 7 AND LOT 13 IN BLOCK 6005 IS SUBJECT TO AN UNRECORDED PERMANENT EASEMENT GRANTED TO TEXAS EASTERN TRANSMISSION, LP WHICH IS SHOWN ON MAP ENTITLED: "PERMANENT EASEMENT LOCATION, HUDSON COUNTY, NEW JERSEY, CITY OF JERSEY CITY, TRACT HUD-98.3", PREPARED BY SGC ENGINEERING, LLC, DATED: SEPTEMBER 30, 2013, ALIGNMENT SHEET No. LD-A-1077, DWG. NO. HUD-98.3.
12. THE SURVEYOR HAS NO KNOWLEDGE OF AN EXISTING EASEMENT FOR THE 36" PIPE LOCATED WITH THE FORMER BED OF 18TH STREET.



PLAINTIFF'S EXHIBIT
D6-14-C
S62-12-12



NJSPCS NAD 1983 (2007)

## LEGEND:

| Symbol | | Description |
|---|---|---|
| ☼ | L/P | LIGHT POLE |
| —o— | | SIGN |
| ○ | | BOLLARD |
| ⊃ | U/P | UTILITY POLE |
| ○ | WV | WATER VALVE |
| ○ | GV | GAS VALVE |
| ⊙ | HYD | FIRE HYDRANT |
| ○ | MH | MANHOLE |
| ○ | P.S.—MH | PUBLIC SERVICE MANHOLE |
| | FDC | FIRE DEPARTMENT CONNECTION |
| | D/C | DROP CURB |
| | | MONITORING WELL |
| —OHW— | | OVERHEAD WIRE |
| — —5— — / — — —4— — — | | CONTOUR LINES |