# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, | |
| Plaintiff, | Civil Action No. 14-167 (SRC) |
| v. | |
| 0.077 ACRES OF LAND et al., | **ORDER** |
| Defendants. | |

**CHESLER**, **U.S.D.J.**

This matter comes before the Court on the motion for summary judgment by Plaintiff Texas Eastern Transmission, LP. The Court has considered the briefs submitted by the parties and held a hearing on the motion on December 18, 2018. For the reasons stated on the record of the hearing of December 18, 2018,

**IT IS ORDERED** that Plaintiff's motion for summary judgment (Docket Entry No. 45) is hereby **DENIED**.

    s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.

Dated: December 18, 2018