

LAW OFFICES
DeCotiis, FitzPatrick, Cole & Giblin, LLP

NEW JERSEY
NEW YORK

GLENPOINTE CENTRE WEST
500 FRANK W. BURR BOULEVARD, SUITE 31
TEANECK, NEW JERSEY 07666

JEFFREY D. SMITH, ESQ.
JSMITH@DECOTIISLAW.COM
201.907.5228

TELEPHONE: (201) 928-1100
TELEFAX:     (201) 928-0588
WWW.DECOTIISLAW.COM

March 7, 2019

**VIA ECF**

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **Texas Eastern Transmission, LP v. 0.077 Acres of Land ± in the City of Jersey City, et al.**
             **Civil Action Docket No. 14-167-SRC-CLW**

Dear Judge Chesler:

    This firm represents captioned Texas Eastern Transmission, L.P. in the above matter. This letter is to advise the Court that the parties have reached a settlement, resolving all remaining issues pending before this Court. Attached for your review is a Proposed Consent Order authoring the release of funds deposited in the Court by the Plaintiff. If acceptable, please execute and file same. Attached for your reference is a copy of the stipulation of dismissal that is simultaneously being filed with the Court.

    Thank you for your consideration.

                        Respectfully submitted,

                        **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

                        /s/*Jeffrey D. Smith*
                        Jeffrey D. Smith

JDS/md
Encls.
cc:    All counsel of record (via ECF)

