UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware : : Plaintiff, : : v. : : 0.077 Acres of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants), : : Defendants. | Civil Action No. 14-167-SRC-CLW <br><br> **CONSENT ORDER FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY** |

**CONSENT ORDER FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY**

Whereas, on November 5, 2015, Plaintiff, Texas Eastern Transmission, LP, deposited the sum of $255,000.00 in the Court Registry Investment System (Docket Entry 29); and

Whereas Plaintiff and Defendant, Coles Jersey Development Co., LLC, have resolved this matter;

Now, therefore, Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Fed. R. Civ. Pro. 67 and Local Civil Rule 67.1(b), stipulate and request entry of this Consent Order directing the Clerk of Court to disburse the $255,000.00 deposited in the Registry, plus all accrued interest, less any administrative fees, payable to "Texas Eastern Transmission, LP" c/o Jeffrey D. Smith, Esq., DeCotiis, FitzPatrick, Cole & Giblin, LLP, 500 Frank W. Burr Blvd., Teaneck, New Jersey 07666.

| | |
|---|---|
| /s/ Jeffrey D. Smith<br>Jeffrey D. Smith, Esq.<br>DeCotiis, FitzPatrick, Cole & Giblin, LLP<br>Glenpointe Centre West<br>500 Frank W. Burr Blvd.<br>Teaneck, New Jersey 07666<br>**Attorneys for Plaintiff**<br><br>Dated: March 6, 2019 | /s/ Christopher J. Dalton<br>Christopher J. Dalton, Esq.<br>Buchanan Ingersoll & Rooney PC<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>Telephone: (973) 273-9800<br>**Attorneys for Defendant**<br><br>Dated: March 6, 2019 |

I recommend approval of the above order and declare that no lien or other claim against monies deposited in the Registry of the Court in this matter is on file in my office as of the date hereof.

_____                            _____
Date                                                                                         William T. Walsh, Clerk

**SO ORDERED.**

_____                            _____
Date                                                                                         Hon. Stanley R. Chesler, U.S.D.J.

2