UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP, a limited partnership of the State of Delaware<br><br>Plaintiff,<br><br>v.<br><br>0.077 Acres of Land, More or Less, In The City of Jersey City, Hudson County, New Jersey; COLES JERSEY DEVELOPMENT CO., LLC; OGDEN REALTY CO.; JANE AND JOHN DOES 1 through 50 (fictitious name defendants); and ABC BUSINESS ENTITIES 1 through 50 (fictitious name defendants),<br><br>Defendants. | Civil Action No. 14-167-SRC-CLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES** |

It is hereby stipulated and agreed by and between Plaintiff Texas Eastern Transmission, LP and Defendant Coles Jersey Development Co., LLC, by their undersigned counsel, that Plaintiff and Defendant hereby dismiss, with prejudice and without costs or attorneys' fees, all claims and counterclaims asserted in this action, without admission of liability by any party as to any other party.

| | |
|---|---|
| /s/ Jeffrey D. Smith<br>Jeffrey D. Smith, Esquire<br>DeCotiis, FitzPatrick, Cole & Diblin, LLP<br>Glenpointe Centre West<br>500 Frank W. Burr Blvd.<br>Teaneck, New Jersey 07666<br>***Attorneys for Plaintiff***<br><br>Dated: March 6, 2019 | /s/ Christopher J. Dalton<br>Christopher J. Dalton, Esq.<br>Buchanan Ingersoll & Rooney PC<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>Telephone: (973) 273-9800<br>***Attorneys for Defendant***<br><br>Dated: March 6, 2019 |

1049223